UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. THOMAS J. AQUILINO, SENIOR JUDGE

```
-------------------------------------------------------------x
 Victoria's Secret Direct,                    :

                  Plaintiff,                  :

                      v.                      :   Court No.   08-00132

 United States,                               :

                  Defendant.                  :
-------------------------------------------------------------x
```

## COMPLAINT

1. Plaintiff is the importer of record.

2. The protests and summons herein were timely filed.

3. All liquidated duties, charges and exactions were paid prior to commencement of this action.

4. The imported merchandise at issue ("subject merchandise") is identified on Exhibit 1 by protest number, entry number, entry line number, style number, and style description.

5. The subject merchandise consists of ladies' knitted tops with a built-in shelf bra.

6. In liquidation, U.S. Customs and Border Protection ("Customs") classified the subject merchandise in one of the following provisions:

    a. Tank tops, knitted or crocheted, of cotton, under HTSUS subheading 6109.10.00 at the rate of 16.5 percent ad valorem,

    b. Pullovers, knitted or crocheted, of cotton, under HTSUS subheading 6110.20.20 at the rate of 16.5 percent ad valorem, or

    c. Pullovers, knitted or crocheted, of man-made fibers, under HTSUS subheading 6110.30.30 at the rate of 32 percent ad valorem.

7. The subject merchandise is classifiable under one of the following provisions:

   a. Other garments, knitted or crocheted, of cotton under subheading 6114.20.00, HTSUS, at the rate of 10.8 percent ad valorem, or

   b. Other garments, knitted or crocheted, of man-made fibers under subheading 6114.30.10, HTSUS, at the rate of 28.2 percent ad valorem.

8. The subject merchandise is similar to the merchandise at issue in *Victoria's Secret Direct, LLC v. United States*, 908 F. Supp. 2d 1332 (Ct. Int'l. Trade 2013) and *Lerner N.Y., Inc. v. United States*, 908 F. Supp. 2d 1313 (Ct. Int'l. Trade 2013), *aff'd. Victoria's Secret, LLC. V. United States*, 908 F.3d 1102 (Fed. Cir. 2014), wherein the court held that knitted outer garments which provide significant body coverage and bust support are classifiable under heading 6114, HTSUS.

**WHEREFORE**, plaintiff respectfully requests that this Court render judgment in its favor and direct Customs to (1) reliquidate each entry identified on Exhibit 1 with identified style numbers, classifying each style number identified for that entry as indicated above and (2) refund the excess duties collected with lawful interest.

                                                Respectfully submitted,

                                            GRUNFELD, DESIDERIO, LEBOWITZ
                                            SILVERMAN & KLESTADT, LLP
                                            Attorneys for Plaintiff
                                            599 Lexington Avenue
                                            36th Floor
                                            New York, New York 10022
                                            Tel. (212) 557-4000

                            /s/     <u>Robert F. Seely</u>
                                            Robert B. Silverman
                                            Alan R. Klestadt

Dated:  New York, New York
           March 12, 2022

# EXHIBIT 1

**Port:** Los Angeles, CA (2704); Seattle, WA (3001)

**Summons Filed:** 4/16/2008

*NOTE:* Entries that are asterisked (*) are abandoned and not subject to reliquidation.

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 2704-07-101060 | 113-3467440-2* | | | |
| 2704-07-101062 | 113-3467439-4* | | | |
| 2704-07-101064 | 113-3467548-2 | 1 | 197333 | TANK, LADIES, V TANK WITH SHELF BRA – of cotton |
| 2704-07-101066 | 113-3467537-5* | | | |
| 2704-07-101067 | 113-3482197-9 | 1 | 175979 | PULLOVER, 3/4 SLEEVE LACE W/ SHELF BRA - Of man-made fibers |
| 2704-07-101070 | 113-3467445-1* | | | |
| 2704-07-101070 | 113-3468419-5* | | | |
| 2704-07-101608 | 113-3467643-1* | | | |
| 2704-07-101609 | 113-3467646-4 | 1 | 186433 | PULLOVER, LADIES 3/4 SLEEVE PULLOVER W/ SHELF BRA – of cotton |
| 2704-07-101610 | 113-3467648-0* | | | |
| 2704-07-101611 | 113-3467744-7* | | | |
| 2704-07-101612 | 113-3565108-6* | | | |
| 2704-07-101614 | 113-3593311-2 | 1 | 175989 | PULLOVER, L/S SQUARE NECK W/ LACE INSET W/ SHELF BRA – of cotton |
| 2704-07-101615 | 113-3593312-0 | 1 | 167266 | PULLOVER, L/S WITH CONTRAST TRIM, SHELF BRA – of cotton |
| 2704-07-101616 | 113-3467649-8* | | | |
| 2704-07-101616 | 113-3481913-0* | | | |
| 2704-07-101617 | 113-3565153-2* | | | |
| 2704-07-101617 | 113-3565158-1* | | | |
| 2704-07-101617 | 113-3593288-2* | | | |
| 2704-07-101618 | 113-3467650-6* | | | |
| 2704-07-101618 | 113-3481912-2* | | | |
| 2704-07-101618 | 113-3565175-5* | | | |
| 3001-07-100402 | 113-3638860-5* | | | |
| 3001-07-100484 | 113-3680486-6 | 1 | 207056 | PULLOVER, LADIES EYELET BACK STYLE PULLOVER W/SHELF BRA – of cotton |

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 3001-07-100484 | 113-3681003-8* | | | |
| 3001-07-100484 | 113-3681004-6* | | | |
| 3001-07-100484 | 113-3681005-3* | | | |
| 3001-07-100484 | 113-3706480-9* | | | |
| 3001-07-100484 | 113-3706942-8* | | | |
| 3001-07-100484 | 113-3706943-6* | | | |
| 3001-07-100484 | 113-3706954-3* | | | |
| 3001-07-100485 | 113-3794347-3* | | | |
| 3001-07-100485 | 113-3794348-1 | 1 | 207118 | PULLOVER, OFF THE SHOULDER CAP SLEEVE STYLE PULLOVER W/SHELF BRA – of man-made fibers |
| 3001-07-100485 | 113-3794349-9* | | | |
| 3001-07-100485 | 113-3794674-0* | | | |
| 3001-07-100485 | 113-3794680-7* | | | |
| 3001-07-100485 | 113-3794681-5* | | | |
| 3001-07-100603 | 113-3776983-7 | 1 | 194423 | TANK TOP, LADIES, SLEEVELESS, BASIC TANK 3 PACK WITH SHELF BRA – of cotton |
| 3001-07-100603 | 113-3836316-8 | 1 | 207022 | PULLOVER, LADIES KNIT PULLOVER W/SHELF BRA – of man-made fibers |
| 3001-07-100603 | 113-3836763-1 | 1 | 209046 | TANK TOP, LADIES KNIT TANK TOP W/SHELF BRA – of cotton |
| 3001-07-100603 | 113-3836768-0* | | | |
| 3001-07-100603 | 113-3837253-2 | 1 | 184600 | TOP, SLEEVELESS, W/ SQUARE RACERBACK W/SHELF BRA – of cotton |
| 3001-07-100604 | 113-3794932-2* | | | |
| 3001-07-100604 | 113-3794958-7* | | | |
| 3001-07-100604 | 113-3795407-4* | | | |
| 3001-07-100604 | 113-3835479-5* | | | |
| 3001-07-100604 | 113-3835934-9 | 1 | 207056 | PULLOVER, LADIES EYELET BACK STYLE PULLOVER W/SHELF BRA – of cotton |

11504344_1